AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York   ▾

| | | |
|---|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-2079 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   3/20/2026                    /s/ P. Canales

                                *Signature of Clerk or Deputy Clerk*

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | 1389 Designs | Domain | 1389-designs.com.au |
| 2 | ADUVETAFFAIR | Domain | aduvetaffair.com |
| 3 | AdvDeals | Domain | advdeals.com |
| 4 | aleeby | Domain | aleeby.com |
| 5 | Alohahoo | Domain | alohahoo.com |
| 6 | alohavibestore | Domain | alohavibestore.com |
| 7 | amazinghoodie | Domain | amazinghoodie.com |
| 8 | ANASLADY | Domain | anaslady.com |
| 9 | AnimeGenZ | Domain | animegenz.com |
| 10 | Army Merch Shop | Domain | armymerch.shop |
| 11 | ASCL Center | Domain | ascl-center.com |
| 12 | avalahcase | Domain | avalahcase.com |
| 13 | Beads in AUS | Domain | beadsinaus.com |
| 14 | bestdvibe | Domain | bestdvibe.com |
| 15 | Bigbigbee | Domain | bigbigbee.com |
| 16 | CandiceCreations | Domain | candicecreations22.com |
| 17 | Casa Living | Domain | casaliving.com.au |
| 18 | Case-Custom | Domain | case-custom.com |
| 19 | cheror | Domain | cheror.com |
| 20 | Clotee.com | Domain | clotee.com |
| 21 | coodeals | Domain | coodeals.com |
| 22 | CosWigShop | Domain | coswigshop.com |
| 23 | DECALZ | Domain | decalz.co |
| 24 | DIVISION CASE | Domain | divisioncase.com |
| 25 | Emb Lanka | Domain | emblanka.com |
| 26 | ezovoze | Domain | ezovoze.com |
| 27 | Fanshubus | Domain | fanshubus.com |
| 28 | FASHIONART30INC | Domain | fashionart30inc.com |
| 29 | Findercube | Domain | findercube.com |
| 30 | FinishifyStore | Domain | finishifystore.com |
| 31 | FLAZZSTORE | Domain | flazzstoreindonesia.com |
| 32 | FUNKtion clothing | Domain | funktionclothingg.com |
| 33 | Fydude | Domain | fydude.com |
| 34 | Glam by Sam Whiting | Domain | glambysamwhiting.com |
| 35 | Graphic Fans | Domain | graphicfans.com |
| 36 | Handdeals | Domain | handdeals.com |
| 37 | HOO | Domain | hooshops.com |
| 38 | Hoosshop | Domain | hooshop.com |
| 39 | Inez Designs | Domain | inez-designs.com |
| 40 | jolura | Domain | jolura.com |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 41 | Juvkawaii | Domain | juvkawaii.com |
| 42 | kawaiigiftland | Domain | kawaiigiftland.com |
| 43 | KK Scents & Co. | Domain | kkscentsandco.com.au |
| 44 | KOREA BOX | Domain | korea-box.com |
| 45 | Lasfour | Domain | lasfour.net |
| 46 | lilsentials | Domain | lilsentials.com |
| 47 | LittleBean.Shop | Domain | littlebeanshop.love |
| 48 | Lofaris | Domain | lofarisbackdrop.com |
| 49 | LOVESUNIQUE | Domain | lovesunique.com |
| 50 | luckyonesie | Domain | luckyonesie.com |
| 51 | neatoshop | Domain | neatoshop.com |
| 52 | NFormula.Life | Domain | nformulalife.com |
| 53 | Owl Ohh | Domain | owlohh.com |
| 54 | PatternCrew | Domain | pva.supply |
| 55 | Peache.ca | Domain | peache.ca |
| 56 | Pennycrafts | Domain | pennycraftsstudio.com |
| 57 | printyfly | Domain | printyfly.com |
| 58 | punimello | Domain | punimello.com |
| 59 | Puppy Printy | Domain | puppyprinty.com |
| 60 | SHEmakes Transfers | Domain | shemakestransfers.com |
| 61 | silverstar.nz | Domain | silverstarnz.com |
| 62 | Southern Tips | Domain | southerntipsdesign.com |
| 63 | sunleny | Domain | sunleny.com |
| 64 | SUPER FREAK BOUTIQUE | Domain | superfreakboutique.com |
| 65 | topsycurvy | Domain | topsycurvy.co.uk |
| 66 | W.CONCEPT. | Domain | us.wconcept.com |
| 67 | WEE BANDS | Domain | wee-bands.com |
| 68 | wild apple studio | Domain | wildapple.studio |
| 69 | Wix Styles | Domain | wixstyles.com |
| 70 | Wonder closets | Domain | wonderclosets.com |
| 71 | ZiCASE | Domain | zicase.com |
| 72 | ZOLOSS | Domain | zoloss.com |
| 73 | Ashes + Posy | Domain | ashesandposy.ca |
| 74 | craftmommy | Domain | craftmommy-8435.myshopify.com |
| 75 | Dreamy backdrop | Domain | dreamybackdrop.com |
| 76 | empireequestrian | Domain | empireequestrian.com.au |
| 77 | HAWTHORN & HAZEL | Domain | hawthornandhazel.ca |
| 78 | TR Collective | Domain | trcollective.shop |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defendants on Schedule A attached

was received by me on *(date)*    03/20/2026    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On March 19, 2026, someone working under my supervision served Defendants via email containiing url to true and correct copies of the Complaint along with all the exhibits and the Order To Show Cause For Preliminary Injunction and Temporary Restraining Order, which contains the deadline for Defendants to respond and day and time for Defendants to attend the Show Cause hearing. On March 20, 2026, the stamped copy of the summons was uploaded to said url and served on Defendants electronically

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    03/20/2026

/s/Shengmao Mu
*Server's signature*

SHENGMAO MU
*Printed name and title*

57 West, 57th Street, 3rd and 4th Floors,
New York, NY, 10019

*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |
|-------|------------|-------|