**UNITED STATES DISTRICT COURT**

**Southern District of New York**

**Those Characters From Cleveland, LLC**,

Plaintiff,

v.

**The Individuals, et al., Identified on Schedule A**,

Defendants.

Case No.: **26-cv-02079**

## MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER AS TO MOVANT

I, Zhong Ying Li appearing pro se, respectfully request that the Court dissolve the Temporary Restraining Order ("TRO") as applied to me and my PayPal account.

## 1. Mistaken Identity

I am **not the operator or owner of the website "coodeals.com"**, and I am not involved in any alleged infringing activity in this case.

## 2. Historical Domain Ownership

I previously owned the domain "coodeals.com" approximately 8–9 years ago.

The domain was later abandoned and re-registered by an unrelated third party around 2021.

I have **no connection whatsoever** to the current website or its operators.

## 3. Wrongful Restraint

My PayPal account appears to have been linked to this case solely due to a **historical domain/email association**, which is no longer valid.

As a result, my account has been **wrongfully restrained**, causing disruption to my legitimate business activities.

## 4. Request for Relief

I respectfully request that the Court:

1. Dissolve the TRO as applied to my PayPal account;
2. Clarify that I am not associated with the current operator of "coodeals.com";
3. Order that any restraint on my PayPal account be lifted.

I declare under penalty of perjury that the foregoing is true and correct.

Certificate of Service

I certify that a copy of this Motion was served on Plaintiff's counsel via email on March 21, 2026.

_____

Zhong Ying Li

Date: 03/21/2026

CONTACT US 24/7 1-480-505-8877

# Receipt

№ 950351237

Historical domain ownership record

**DATE:**
3/15/2016

**CUSTOMER #:**
32709368

**BILL TO:**
Siwei Luo
Tianhe District Guangzhou City,
Duangdong State China,
Guangzhou, guangdong 510000,
China
+86.18620124939

**PAYMENT:**
Visa ••••                                           ¥55.00

| | |
|---|---|
| **Previous Balance** | ¥55.00 |
| **Received Payment** | (¥55.00) |
| **Balance Due (CNY)** | **¥0.00** |

| Term | Product | Amount |
|---|---|---|
| 1 yr | .COM Domain Registration coodeals.com [1] | ¥53.86 |

| | |
|---|---|
| **Subtotal** | **¥53.86** |
| Taxes | ¥0.00 |
| Fees | ¥1.14 |

**Total (CNY)**                                                              **¥55.00**

---

**REFERENCE**

Taxes                                                                         ¥0.00

GoDaddy.com, LLC                                                              ¥0.00
2155 E GoDaddy Way,
Tempe, Arizona 85284,
United States

Fees                                                                          ¥1.14

1.    ICANN                                                                   ¥1.14

         coodeals.com                                                         ¥1.14

Universal Terms of Service

**CONTACT US 24/7 1-480-505-8877**

# Receipt

Historical domain ownership record

№ 1275171287

**DATE:**

3/7/2018

**CUSTOMER #:**

32709368

**BILL TO:**

Siwei Luo

Tianhe District Guangzhou City,

Duangdong State China,

Guangzhou, guangdong 510000,

China

+86.18620124939

**PAYMENT:**

Paypal                                                                          $15.17

**Previous Balance**                                                            $15.17

**Received Payment**                                                          ($15.17)

**Balance Due (USD)**                                                           **$0.00**

| Term | Product | Amount |
|------|---------|--------|
| 1 yr | .COM Domain Renewal<br>COODEALS.COM [1] | $14.99 |
| | **Subtotal** | **$14.99** |
| | Taxes | $0.00 |
| | Fees | $0.18 |

**Total (USD)** **$15.17**

---

REFERENCE

Taxes $0.00

GoDaddy.com, LLC $0.00
2155 E GoDaddy Way,
Tempe, Arizona 85284,
United States

Fees $0.18

1. ICANN $0.18
COODEALS.COM $0.18

Universal Terms of Service

English ⌄ | USD ⌄ | Account ⌄

📍 Store Location  ⚙ Guarantee

Search entire store here ...



🔄 ♡ 🛒 **0**

TODAY' NEW    CATALOG    SHOP ⌄    BEST SELLER ⌄    FAQS    COMPANY ⌄

| HOME | TECH | BABY | FASHION |
|---|---|---|---|
| Garden | Mobile Accessories | Baby Bandana Bibs | Makeup Brush |
| Kitchen | Car Accessories | Baby Pacifier Clips | Jewelry |
| Décor | Speaker & Headset | | |

MA...
ROASTING STICKS

8 Different Ring Colors
Extend To Your Desired Length
Stay Safe Of Getting Burnt

🛒 READ MORE

32 Inch

Prior store screenshots

## BEST SELLER

 **Handle For Tumbler Cups 30 Oz**
$13.99 $19.99

 **Copper Grill Mat**
$12.99 $25.99

 **Salt And Pepper Grinders**
$16.99 $25.99

## HOME DÉCOR

 **Anchor Cushion Cases**
$8.99 $18.99

 **Beach Style Pillowcases**
$8.99 $18.99

 **Cat Pattern Pillow Case**
$8.99 $18.99

## MOBILE ACCESSORIES

 **Bling IPhone 7 Case**
$10.99 $15.99

 **Cases Cover For IPhone 7**
$10.99 $15.99

 **Bling Galaxy Note 5 Cases**
$10.99 $15.99

**Fidget Spinners Are The Must Have Toy For 2017**

NEWSLETTER





Coolceals was founded with an aim to provide the quality and cheap products in home & garden, baby, tech, toys & sport.

✉ Email :Support@Coodeals.Com

  

**SERVICES**

Payment & Delivery

Returns & Exchanges

Return Request

**COMPANY**

About Us

Contact Us

Blog

**INFO**

Privacy Policy

Terms & Conditions

Track Your Order

© 2016 Cool Deals All Rights Reserved.

  

Domain Name: coodeals.com
Registry Domain ID: 2635579006_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-06-14T10:30:33Z
Creation Date: 2021-08-22T01:12:39Z
Registrar Registration Expiration Date: 2024-08-22T01:12:39Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private

WHOIS record (2021 re-registration)

    


Current store screenshot

# New Arrivals



**Flower Owl (velvet cloth) AB drill full round/square...**

⭐⭐⭐⭐⯨(8)

$13.32



**Mushroom House (velvet cloth) AB drill full...**

⭐⭐⭐⭐⭐(2)

$13.32



**Beautiful Rose (velvet cloth) full round or square drill...**

⭐⭐⭐⭐⭐(5)

$10.65



Quick View

**Flower Skull (velvet cloth) full round or square drill diamon...**

⭐⭐⭐⭐⭐(2)

$10.65



14% OFF Save $4.00

**Customized Full Drill with AB & Fairy Dust Diamond...**

$23.99 ~~$27.99~~



**Diamonds & Pictures--Anika-Horse (velvet cloth) Fairy Du...**

$19.99



**Diamonds & Pictures--Anika-Cute Hamsters (velvet cloth)..**

$17.32



**Diamonds & Pictures--Anika-Cute Parrot (velvet cloth) AB...**

$14.65



Quick View

**Diamonds & Pictures--Anika-Cute Parrot (velvet cloth) Fai...**

$17.32



**Diamonds & Pictures--Anika-Two Cute Chubby Hamsters...**

$17.32